UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

REBECCA CASTILLO,
       Plaintiff

v.

SUBARU OF AMERICA, INC.,
       Defendant

Civil Action No. 18cv17012(NLH/AMD)

**60 DAY ORDER ADMINISTRATIVELY TERMINATING ACTION**

    It having been reported to the Court that the above-captioned action has been settled,

    **IT IS** on this 13TH day of February, 2019,

    **ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

    **ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

    **ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

    **ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE